| Com. v. Brunson ... | 12/17/2015586, 587 EAL (2015) | Denied | |
|---|---|---|---|
| Com. v. Bundridge | 12/17/2015274 WAL (2015) | Denied | Pa.Super., 122 A.3d 1137 |
| Com. v. Buzard .... | 12/22/2015356 WAL (2015) | Denied | Pa.Super., 131 A.3d 82 |
| Com. v. Calaman ... | 12/22/2015672 MAL (2015) | Denied | Pa.Super., 131 A.3d 89 |
| Com. v. Charle-magne .......... | 12/22/2015346 MAL (2015) | Denied | Pa.Super., 121 A.3d 1122 |
| Com. v. Coen ...... | 12/22/2015675 MAL (2015) | Denied | Pa.Super., 125 A.3d 460 |
| Com. v. Cuenas .... | 12/17/2015258 EAL (2015) | Denied | Pa.Super., 121 A.3d 1131 |
| Com. v. Diaz ....... | 12/22/2015557 EAL (2015) | Denied | Pa.Super., 131 A.3d 103 |
| Com. v. Doleski .... | 10/28/2015257 WAL (2015) | Denied | No. 744 WDA 2013 |
| Com. v. Donahue ... | 12/22/2015660 MAL (2015) | Denied | Pa.Super., 122 A.3d 453 |
| Com. v. Drake...... | 11/24/2015445 EAL (2015) | Denied | Pa.Super., 122 A.3d 1136 |
| Com. v. Goree...... | 12/17/2015160 WAL (2015) | Denied | Pa.Super., 121 A.3d 1119 |
| Com. v. Hill .....:.. | 12/17/2015433 EAL (2015) | Denied | Pa.Super., 122 A.3d 1133 |
| Com. v. Hlushma-nuk.............. | 12/22/2015541 EAL (2015) | Denied | Pa.Super., 131 A.3d 92 |